IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 02-00122 SI |
| Plaintiff, | **ORDER** |
| v. | |
| JUWAN TONAY FERGUSON, | |
| Defendant. | |

Defendant Juwan Ferguson has filed a letter with the Court inquiring whether he is still under sentence of this Court, having been sentenced to a life term by a judge of the Eastern District of California in October 2009. *See United States v. Ferguson*, No. 08-116-LJO (E.D. Cal.).

Defendant is advised that he must direct any inquiries regarding the computation of his sentence and sentence termination date to the Bureau of Prisons. The Bureau of Prisons has the responsibility for administering federal prisoners' sentences. *See United States v. Wilson*, 503 U.S. 329, 335 (1992) (citing 18 U.S.C. § 3621(a)).

**IT IS SO ORDERED.**

Dated: January 12, 2010

SUSAN ILLSTON
United States District Judge